IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


David Lupp

    vs.                                         Case Number: 1:16cv441

Mercy Health


ORDER

This matter is before the Court upon plaintiff's Motions for Admission of attorneys Edward W. Ciolko, Gyandoh, and Julie Siebert-Johnson (Docs. 4,5, and 6).

IT IS HEREBY ORDERED THAT the Motions are GRANTED and attorneys Edward W. Ciolko, Mark K. Gyandoh, and Julie Siebert-Johnson are hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. <u>See</u>: www.ohsd.uscourts.gov.

IT IS SO ORDERED.


                                                                         s/Susan J. Dlott
                                                                        Susan J. Dlott
                                                                         United States District Court