UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

| | |
|---|---|
| IN RE MERCY HEALTH ERISA LITIGATION | Civil Action No.: 1:16-cv-00441-SJD |

**PLAINTIFF DAVID LUPP'S RESPONSE TO DEFENDANTS' FIRST AND SECOND NOTICES OF SUPPLEMENTAL AUTHORITY**

Plaintiff David Lupp ("Plaintiff Lupp") submits this response to Defendants' Notice of Supplemental Authority (Dkt. No. 51) and Second Notice of Supplemental Authority (Dkt. No. 54). The decisions provide little additional information to guide the Court with respect to whether all discovery in *this* action should be stayed. The decisions in *Curtis v. Wheaton Franciscan Services, Inc.*, No. 16 C 4232 (N.D. Ill.) (Dkt. No. 51-1) and *Holcomb v. Hospital Sisters Health System*, No. 3:16-cv-03282 (C.D. Ill.) (Dkt. No. 54-1) are almost entirely devoted to the question of which counsel should be appointed under Rule 23(g); *Holcomb* only address the issue of a stay in a conclusory sentence on page 4, while *Curtis* provides a bare two sentences on page 2.

The final decision submitted by Defendants, *Owens v. St. Anthony Medical Center, Inc.*, No. 1:14-cv-04068 (ND Ill.) (Dkt. No. 54-2), addresses the issues in slightly greater depth. The *Owens* court determined that the issues the Supreme Court will be considering "in *Stapleton* and its companion cases . . . are so central to this case that any further efforts at litigation would require bifurcated motions practice and duplicative filings." *Id.* In the present case, however, as noted in Plaintiff Lupp's Position Statement Regarding Whether to Stay the Instant Action (Dkt. No. 46), there are discrete matters at issue in the present case that will not be affected by the Supreme Court's resolution of *Stapleton* and the companion cases, and there is nothing to be

gained in delaying discovery into those issues for months while the Supreme Court deliberates.

*See* Dkt. No. 46, at 2-3.

Dated:  February 1, 2017                                    Respectfully submitted,

By: /s/ *Mark K. Gyandoh*
Edward W. Ciolko (admitted *pro hac vice*)
Mark K. Gyandoh (admitted *pro hac vice*)
Julie Siebert-Johnson (admitted *pro hac vice*)
**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  eciolko@ktmc.com
Email:  mgyandoh@ktmc.com
Email:  jsjohnson@ktmc.com

**IZARD KINDALL & RABBE LLP**
Robert A. Izard (admitted *pro hac vice*)
Mark P. Kindall (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
29 South Main Street
Suite 305
West Hartford, CT 06107
Tel:  (860) 493-6292
Fax:  (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email:  dneedham@ikrlaw.com

**STRAUSS TROY CO., LPA**
Ron R. Parry
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 4502-4018
Tel:  (513) 621-2120
Fax:  (513) 241-8259
Email:  rrparry@strausstroy.com

*Counsel for Plaintiff Lupp*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

      /s/ *Mark K. Gyandoh*
Mark K. Gyandoh