# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# (WESTERN DIVISION)

| | |
|---|---|
| IN RE MERCY HEALTH ERISA LITIGATION | No.: 1:16-cv-00441-SJD-SKB <br><br> District Court Judge Susan J. Dlott <br> Magistrate Judge Stephanie K. Bowman |

## JOINT MOTION TO STAY

Plaintiffs David Lupp, Janet Whaley, Leslie Beidleman, Patricia Blockus, Charles Bork, Marilyn Gagne, Karl Mauger, Patricia Mauger, Beth Zaworski, Nancy Zink, Mary Alban, and Linda Derrick ("Plaintiffs"), and Defendants Mercy Health, the Mercy Health Retirement Plan Committee, and Members of the Mercy Health Retirement Plan Committee ("Defendants") (collectively, the "Parties") jointly move this Court for an Order staying all proceedings in this action for a period of ninety (90) days. All Parties agree and jointly move this Court for an Order in the form proposed, which is attached for the Court's convenience.

Dated: January 31, 2018

Respectfully submitted,

**PROSKAUER ROSE LLP**

By: */s/ Howard Shapiro*
Howard Shapiro, Esq. (admitted *pro hac vice*)
Stacey Cerrone, Esq. (admitted *pro hac vice*)
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Tel: (504) 310-4088
Fax: (504) 310-2022
howshapiro@proskauer.com
scerrone@proskauer.com

**DINSMORE & SHOHL LLP**
Jennifer O. Mitchell, Esq. (0069594)
Brian S. Sullivan, Esq. (0040219)
255 East Fifth Street

Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8364
jennifer.mitchell@dinsmore.com
brian.sullivan@dinsmore.com

*Attorneys for Mercy Health, the Mercy Health Retirement Plan Committee, Members of the Mercy Health Retirement Plan Committee*

 /s/ *Mark P. Kindall*
**IZARD KINDALL & RABBE LLP**
Robert A. Izard (admitted *pro hac vice*)
Mark P. Kindall (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel:  (860) 493-6292
Fax:  (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email: dneedham@ikrlaw.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Mark K. Gyandoh (admitted *pro hac vice*)
Julie Siebert-Johnson (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  mgyandoh@ktmc.com
Email:  jsjohnson@ktmc.com

*Interim Co-Lead Counsel for Class*

**STRAUSS TROY CO., LPA**
Ron R. Parry
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 4502-4018
Tel:  (513) 621-2120
Fax:  (513) 241-8259
Email:  rrparry@strausstroy.com

*Interim Liaison Counsel for Class*

**KELLER ROHRBACK L.L.P.**
Laura R. Gerber (admitted *pro hac vice*)
lgerber@kellerrohrback.com
Lynn Lincoln Sarko (admitted *pro hac vice*)
lsarko@kellerrohrback.com
Havila Unrein (admitted *pro hac vice*)
hunrein@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900 / Fax: (206) 623-3384

**KELLER ROHRBACK L.L.P.**
Ron Kilgard (admitted *pro hac vice*)
rkilgard@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Tel.: (602) 248-0088 / Fax: (602) 248-2822

**COHEN MILSTEIN SELLERS**
  **& TOLL, PLLC**
Karen L. Handorf (admitted *pro hac vice*)
khandorf@cohenmilstein.com
Michelle Yau (admitted *pro hac vice*)
myau@cohenmilstein.com
Scott Lempert (admitted *pro hac vice*)
slempert@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600 / Fax: (202) 408-4699

**GARY, NAEGELE & THEADO, LLC**
Thomas R. Theado, Esq.
ttheado@GNTLaw.com
401 Broadway Avenue, Unit 104
Lorain, Ohio  44052-1745
Tel.: (440) 320-8652 / Fax: (440) 244-3462

*Attorneys for Plaintiffs Janet Whaley, Leslie Beidleman, Patricia K. Blockus, Charles Bork, Marilyn Gagne, Karl Mauger, Patricia Mauger, Beth Zaworski, Nancy Zink, Mary Alban, and Linda Derrick*

## MEMORANDUM IN SUPPORT

On August 24, 2017, this Court granted the Parties' Joint Motion to Amend Deadlines for Plaintiffs' Amended Complaint and the Motion to Dismiss Briefing Schedule. (Dkt. No. 65.) In accordance with the Court's Order, Plaintiffs filed their Amended Complaint on September 14, 2017 (Dkt. No. 66); Defendants filed their Motions to Dismiss on November 13, 2017 (Dkt. Nos. 69-70); and Plaintiffs' filed their Oppositions on January 12, 2018 (Dkt. Nos. 72-73). Defendants' Reply Briefs in support of the Motions to Dismiss are currently due February 16, 2018.

The Parties have conferred and scheduled a mediation on February 27, 2018 in Chicago, Illinois before Robert A. Meyer, Esq.  To facilitate the mediation, the Parties now respectfully jointly move the Court for a ninety-day stay of all proceedings so that they may engage in mediation.  If the mediation fails, Defendants' Reply Briefs in support of the Motions to Dismiss would be due on May 17, 2018.  A [Proposed] Order is submitted contemporaneously herewith for the Court's consideration and convenience.

Dated:  January 31, 2018                                   Respectfully submitted,

**PROSKAUER ROSE LLP**

By: */s/ Howard Shapiro*
Howard Shapiro, Esq. (admitted *pro hac vice*)
Stacey Cerrone, Esq. (admitted *pro hac vice*)
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Tel: (504) 310-4088
Fax: (504) 310-2022
howshapiro@proskauer.com
scerrone@proskauer.com

**DINSMORE & SHOHL LLP**
Jennifer O. Mitchell, Esq. (0069594)
Brian S. Sullivan, Esq. (0040219)
255 East Fifth Street

Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8364
jennifer.mitchell@dinsmore.com
brian.sullivan@dinsmore.com

*Attorneys for Mercy Health, the Mercy Health Retirement Plan Committee, Members of the Mercy Health Retirement Plan Committee*

    /s/ *Mark P. Kindall*
**IZARD KINDALL & RABBE LLP**
Robert A. Izard (admitted *pro hac vice*)
Mark P. Kindall (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel:  (860) 493-6292
Fax:  (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email: dneedham@ikrlaw.com

**KESSLER TOPAZ MELTZER
& CHECK, LLP**
Mark K. Gyandoh (admitted *pro hac vice*)
Julie Siebert-Johnson (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  mgyandoh@ktmc.com
Email:  jsjohnson@ktmc.com

*Interim Co-Lead Counsel for Class*

**STRAUSS TROY CO., LPA**
Ron R. Parry
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 4502-4018
Tel:  (513) 621-2120
Fax:  (513) 241-8259
Email:  rrparry@strausstroy.com

*Interim Liaison Counsel for Class*

**KELLER ROHRBACK L.L.P.**

5

Laura R. Gerber (admitted *pro hac vice*)
lgerber@kellerrohrback.com
Lynn Lincoln Sarko (admitted *pro hac vice*)
lsarko@kellerrohrback.com
Havila Unrein (admitted *pro hac vice*)
hunrein@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900 / Fax: (206) 623-3384

**KELLER ROHRBACK L.L.P.**
Ron Kilgard (admitted *pro hac vice*)
rkilgard@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Tel.: (602) 248-0088 / Fax: (602) 248-2822

**COHEN MILSTEIN SELLERS
  & TOLL, PLLC**
Karen L. Handorf (admitted *pro hac vice*)
khandorf@cohenmilstein.com
Michelle Yau (admitted *pro hac vice*)
myau@cohenmilstein.com
Scott Lempert (admitted *pro hac vice*)
slempert@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600 / Fax: (202) 408-4699

**GARY, NAEGELE & THEADO, LLC**
Thomas R. Theado, Esq.
ttheado@GNTLaw.com
401 Broadway Avenue, Unit 104
Lorain, Ohio  44052-1745
Tel.: (440) 320-8652 / Fax: (440) 244-3462

*Attorneys for Plaintiffs Janet Whaley, Leslie Beidleman, Patricia K. Blockus, Charles Bork, Marilyn Gagne, Karl Mauger, Patricia Mauger, Beth Zaworski, Nancy Zink, Mary Alban, and Linda Derrick*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Howard Shapiro*
Howard Shapiro