FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAY 18 PM 4:42

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE MERCY HEALTH ERISA LITIGATION | No.: 1:16-cv-00441-SJD-SKB<br><br>District Court Judge Susan J. Dlott<br>Magistrate Judge Stephanie K. Bowman |

### ORDER GRANTING JOINT MOTION TO EXTEND STAY

The Court, having considered the Joint Motion to Extend Stay (doc. 76), hereby GRANTS same and ORDERS as follows:

a. All proceedings in this action will be stayed until June 15, 2018.

b. Plaintiffs' Motion for Preliminary Approval of Settlement will be filed on or before June 15, 2018.

IT IS SO ORDERED.

Dated: 5/18/18

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge