# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# (WESTERN DIVISION)

| | |
|---|---|
| IN RE MERCY HEALTH ERISA LITIGATION | No.: 1:16-cv-00441-SJD-SKB<br><br>District Court Judge Susan J. Dlott<br>Magistrate Judge Stephanie K. Bowman |

## ORDER GRANTING JOINT MOTION TO EXTEND STAY

The Court, having considered the Joint Motion to Extend Stay (doc. 78), hereby GRANTS same and ORDERS as follows:

a.  All proceedings in this action will be stayed until July 16, 2018.

b.  Plaintiffs' Motion for Preliminary Approval of Settlement will be filed on or before July 16, 2018.

IT IS SO ORDERED.

Dated: June 8, 2018

s/Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge