**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)**

| | |
|---|---|
| IN RE MERCY HEALTH ERISA LITIGATION | Civil Action No.: 1:16-cv-00441-SJD |

**JOINT DECLARATION OF LAURA R. GERBER, MICHELLE C. YAU AND THOMAS R. THEADO IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF A CLASS ACTION SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND CASE CONTRIBUTION AWARDS**

# EXHIBIT C
### KELLER ROHRBACK LLP
### ANALYSIS OF TIME, LODESTAR & EXPENSES

**Keller Rohrback L.L.P.**
*In re Mercy Health ERISA Litigation,*   1:16-cv-00441-SJD-SKB (S.D. Ohio)
**Reporting Period: Inception - October 10, 2018**

| Timekeeper* | Position | Years of Practice | Rate | Hours | Lodestar |
|---|---|---|---|---|---|
| Christopher T. Graver | Partner | 28 | $ 870.00 | 24.7 | $ 21,489.00 |
| Havila C. Unrein | Partner | 10 | $ 700.00 | 44.1 | $ 30,870.00 |
| Laura R. Gerber | Partner | 14 | $ 775.00 | 210.5 | $ 163,137.50 |
| Lynn Lincoln Sarko | Partner | 37 | $ 995.00 | 5.2 | $ 5,174.00 |
| Ron Kilgard | Partner | 39 | $ 940.00 | 68.8 | $ 64,672.00 |
| Matthew M. Gerend | Attorney | 8 | $ 575.00 | 9.5 | $ 5,462.50 |
| A.J. de Vries | Paralegal | -- | $ 285.00 | 139.85 | $ 39,857.25 |
| Alex Gotto | Paralegal | -- | $ 230.00 | 7 | $ 1,610.00 |
| Jennifer Tuato'o | Paralegal | -- | $ 325.00 | 406.7 | $ 132,177.50 |
| Joel M. Garrido | Paralegal | -- | $ 250.00 | 6.6 | $ 1,650.00 |
| | | | Totals | 922.95 | $ 466,099.75 |

*Excludes any timekeeper with fewer than five hours

**Keller Rohrback L.L.P.**
*In re Mercy Health ERISA Litigation,*  1:16-cv-00441-SJD-SKB (S.D. Ohio)
Reporting Period: Inception - October 10, 2018

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Timekeeper* | Initial Compl. | 23(g) | Discovery | Amended Compl. | MTD | Misc. Motions/ | Mediation/ Settlement | Prelim. Approval | Client Contact | Other Class Member | Final Approval | Total Hours by Timekeeper |
| **Attorney:** | | | | | | | | | | | | |
| Christopher T. Graver |  | 0.1 |  |  | 0.1 | 1.5 | 5.7 | 13.1 |  |  | 4.2 | **24.7** |
| Havila C. Unrein | 12.2 | 0.2 |  | 4.5 |  | 0.9 |  |  | 9.9 | 16.4 |  | **44.1** |
| Laura R. Gerber | 32.8 | 43.3 | 3.5 | 39.6 |  | 3.9 | 29 | 11.7 | 39.5 | 2.8 | 4.4 | **210.5** |
| Lynn Lincoln Sarko | 0.3 | 1.1 |  | 0.3 |  | 0.7 | 2.2 | 0.6 |  |  |  | **5.2** |
| Matthew M. Gerend |  |  |  | 4 | 5.2 |  | 0.2 |  |  |  | 0.1 | **9.5** |
| Ron Kilgard | 10.6 | 35.9 | 3.3 | 2.2 | 0.9 | 5.9 | 4.6 | 1.2 | 1.5 | 2.7 |  | **68.8** |
| **Sub-Total** | **55.9** | **80.6** | **6.8** | **50.6** | **6.2** | **12.9** | **41.7** | **26.6** | **50.9** | **21.9** | **8.7** | **362.8** |
| **Other Professionals:** | | | | | | | | | | | | |
| A.J. de Vries | 5.5 | 18.35 | 47.2 | 17.2 | 0.5 |  | 1.5 | 2.3 | 12 | 28.4 | 6.9 | **139.85** |
| Alex Gotto |  |  | 7 |  |  |  |  |  |  |  |  | **7** |
| Jennifer Tuato'o | 84.5 | 8.4 | 32.7 | 50.7 |  | 0.8 | 21.4 | 3.4 | 32.7 | 172.1 |  | **406.7** |
| Joel M. Garrido |  |  |  |  |  |  |  | 0.9 |  |  | 5.7 | **6.6** |
| **Sub-Total** | **90** | **26.75** | **86.9** | **67.9** | **0.5** | **0.8** | **22.9** | **6.6** | **44.7** | **200.5** | **12.6** | **560.15** |
| **Grand Totals** | **145.9** | **107.35** | **93.7** | **118.5** | **6.7** | **13.7** | **64.6** | **33.2** | **95.6** | **222.4** | **21.3** | **922.95** |

*Excludes any timekeeper with fewer than five hours.

**FIRM NAME: Keller Rohrback L.L.P.**
*In re Mercy Health ERISA Litigation,* 1:16-cv-00441-SJD-SKB (S.D. Ohio)
**REPORTING PERIOD: Inception - October 10, 2018**

| Description | Amount | |
|---|---|---|
| Copies | $ | 2,081.23 |
| Postage/Express Delivery | $ | 1,925.81 |
| Court Costs | $ | 1,200.00 |
| Computer-Based and Other Research | $ | 2,339.79 |
| Travel (Air Fare, Ground Travel, Meals and Lodging) | $ | 2,484.07 |
|  |  |  |
| Sub-Total | $ | 10,030.90 |