**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)**

| | |
|---|---|
| IN RE MERCY HEALTH ERISA LITIGATION | Civil Action No.: 1:16-cv-00441-SJD |

**JOINT DECLARATION OF LAURA R. GERBER, MICHELLE C. YAU AND
THOMAS R. THEADO IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL
APPROVAL OF A CLASS ACTION SETTLEMENT AND FOR AWARD OF
ATTORNEYS' FEES AND EXPENSES AND CASE CONTRIBUTION AWARDS**

# EXHIBIT D
**COHEN MILSTEIN SELLERS & TOLL PLLC
ANALYSIS OF TIME, LODESTAR & EXPENSES**

FIRM NAME: Cohen Milstein

*In re: Mercy Health ERISA Litigation*, No. 1:16-cv-00441-SJD-SKB (S.D. Ohio)

REPORTING PERIOD: Inception – October 10, 2018

| Timekeeper | Initial Compl. | 23(g) | Discovery | Amended Compl. | MTD | Misc. Motions/ scheduling | Mediation / Settlement | Prelim. Approval | Client Contact | Other Class Member | Final Approval | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Karen Handorf | 0 | 9.75 | 0 | 8.75 | 3.5 | 1.25 | 0 | 0.25 | 0 | 0 | 0 | **23.5** |
| Scott Lempert | 1 | 53.50 | 7.25 | 10.5 | 0 | 23.5 | 0.75 | 7.75 | 0 | 0 | 2.5 | **106.75** |
| Julie Selesnick | 0 | 22.25 | 0 | 0 | 0 | 8.25 | 0 | 0 | 0 | 0.25 | 0 | **30.75** |
| Michelle Yau | 7.5 | 59.00 | 4 | 14.75 | 0 | 14 | 7 | 2 | 0 | 0.5 | 0 | **108.75** |
| Robyn Swanson | 5 | 2.00 | 2.5 | 12 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | **24.5** |
| Mary Bortscheller | 0 | 0.00 | 0 | 0 | 0 | 0 | 0.25 | 0.75 | 0 | 0 | 0 | **1** |
| Julia Horwitz | 0 | 7.00 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0.25 | 0 | **9.25** |
| Kira Hettinger | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.75 | 0 | **0.75** |
| Jamie Bowers | 0 | 51.00 | 0 | 0 | 0 | 12.5 | 0 | 0 | 0 | 1.75 | 2.25 | **67.5** |
| Connor Grant-Knight | 0 | 22.25 | 0 | 0 | 0 | 0.25 | 0 | 12 | 0 | 4.5 | 0 | **39** |
| Ryan Liddell | 0 | 5.50 | 0 | 7.5 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | **21** |
| Maria Dewees | 1.5 | 3.25 | 0 | 0 | 0 | 3.25 | 0 | 0 | 0 | 0 | 0 | **8** |
| Regina Gail | 0 | 0.00 | 0 | 0 | 0 | 0.75 | 0 | 0 | 0 | 0 | 0 | **0.75** |
| Kate Tenenbaum | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.25 | 0 | **0.25** |
| James Clark | 0 | 1.00 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4** |
| Dirk Hamel | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 2.5 | 0 | 0 | 0 | **2.5** |
| Tamara Haynes | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0.25 | 0 | 0 | 0 | **0.25** |
| **Totals** | **15** | **236.50** | **13.75** | **56.5** | **3.5** | **76.75** | **8** | **25.5** | **0** | **8.25** | **4.75** | **448.5** |

| Timekeeper | Position | Year Admitted | Years in Practice | Reasonable Hourly Rate | Hours Inception – October 10, 2018 | Total Fees |
|---|---|---|---|---|---|---|
| **Attorneys:** | | | | | | |
| Handorf, Karen, L. | Partner | 1975 | 43 | $910 | 23.50 | $21,385.00 |
| Lempert, Scott | Of Counsel | 1995 | 23 | $730 | 106.75 | $77,927.50 |
| Selesnick, Julie (Contract Attorney) | Attorney | 2001 | 17 | $395 | 30.75 | $12,146.25 |
| Yau, Michelle, C. | Partner | 2004 | 14 | $690 | 108.75 | $75,037.50 |
| Swanson, Robyn | Associate | 2005 | 13 | $555 | 24.50 | $13,597.50 |
| Bortscheller, Mary, J. | Associate | 2010 | 8 | $555 | 1.00 | $555.00 |
| Horwitz, Julia | Associate | 2012 | 6 | $505 | 9.25 | $4,671.25 |
| Hettinger, Kira | Associate | 2013 | 5 | $445 | 0.75 | $333.75 |
| Bowers, Jamie | Associate | 2014 | 4 | $465 | 67.50 | $31,387.50 |
| Subtotal: | | | | | 372.75 | $237,041.25 |
| **Professionals:** | | | | | | |
| Grant-Knight, Connor | Paralegal | | | $290 | 39.00 | $11,310.00 |
| Liddell, Ryan | Paralegal | | | $290 | 21.00 | $6,090.00 |
| Dewees, Maria | Paralegal | | | $270 | 8.00 | $2,160.00 |
| Regina, Gail, D. | Paralegal | | | $300 | 0.75 | $225.00 |
| Tenenbaum, Kate | Paralegal | | | $270 | 0.25 | $67.50 |
| Clark, James | Paralegal | | | $270 | 4.00 | $1,080.00 |
| Hamel, Dirk | Paralegal | | | $290 | 2.50 | $725.00 |
| Haynes, Tamara | Paralegal | | | $290 | .25 | $72.50 |
| Subtotal: | | | | | 75.75 | $21,730.00 |
| **TOTAL FEES:** | | | | | | $258,771.25 |

*In re Mercy Health ERISA Litigation,* **1:16-cv-00441-SJD-SKB (S.D. Ohio)**

**Cohen Milstein Sellers & Toll PLLC - Expenses**

| Description of Expense | Total Expenses |
| --- | ---: |
| Telephone/Facsimile | $24.27 |
| Postage/Express Delivery | $54.27 |
| Court Costs | $985.00 |
| Computer Research | $2,387.02 |
| Travel (Airfare, ground travel, meals, lodging) | $28.55 |
|  |  |
| **TOTAL EXPENSES:** | **$3,479.11** |

2358096 v1