**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)**

| | |
|---|---|
| IN RE MERCY HEALTH ERISA LITIGATION | Civil Action No.: 1:16-cv-00441-SJD |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND CASE CONTRIBUTION AWARDS**

Plaintiffs David Lupp, Janet Whaley, Leslie Beidleman, Patricia Blockus, Charles Bork, Marilyn Gagne, Karl Mauger, Patricia Mauger, Beth Zaworski, Nancy Zink, Mary Alban and Linda Derrick (collectively, the "Named Plaintiffs" or "Plaintiffs"), respectfully move that the Court issue an order:

(a) Awarding attoneys fees in the amount of $779,531.20 to Plaintiffs' counsel;

(b) Awarding litigation expenses in the amount of $46,468.80 to Plaintiffs' counsel;

(c) Awarding case contribution awards of $2000 to each of the Named Plaintiffs, for a total of $24,000.

(d) Requing Defendants to pay attorneys' fees, expenses and case contribution awards as itemized above in accordance with the terms of the Settlement Agreement.

In support of this Motion, Plaintiffs have filed a Memorandum of Law, and in support of both this motion and the Motion for Final Approval of Class Action Settlement, Plaintiffs have filed a proposed Order and Final Judgment and supporting declarations from Interim Co-Lead Class Counsel (Mark K. Gyandoh and Mark P. Kindall), Interim Liaison Class Counsel (Ronald R. Parry), and additional Plaintiffs' Counsel (Laura R. Gerber, Michelle C. Yau, and Thomas R. Theado (Joint Declaration) and Thomas J. McKenna), as well as various exhibits thereto.

1

Dated: October 29, 2018

Respectfully submitted,

By: */s/ Mark P. Kindall*
**IZARD KINDALL & RAABE LLP**
Robert A. Izard (admitted *pro hac vice*)
Mark P. Kindall (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com
Email: mkindall@ikrlaw.com
Email: dneedham@ikrlaw.com

*/s/ Mark K. Gyandoh*
**KESSLER TOPAZ MELTZER & CHECK, LLP**
Mark K. Gyandoh (admitted *pro hac vice*)
Julie Siebert-Johnson (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: mgyandoh@ktmc.com
Email: jsjohnson@ktmc.com

*Interim Co-Lead Class Counsel*

Ronald R. Parry
**STRAUSS TROY**
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
Tel: (513) 621-2120
Fax: (513) 241-8259
Email: rrparry@strausstroy.com

*Interim Class Liaison Counsel*

**KELLER ROHRBACK L.L.P.**
Laura R. Gerber (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Havila Unrein (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: lgerber@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: hunrein@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**
Ron Kilgard (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
Email: rkilgard@kellerrohrback.com

**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
Karen L. Handorf (admitted *pro hac vice*)
Michelle Yau (admitted *pro hac vice*)
Scott Lempert (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: khandorf@cohenmilstein.com
Email: myau@cohenmilstein.com
Email: slempert@cohenmilstein.com

**GARY, NAEGELE & THEADO, LLC**
Thomas R. Theado, Esq.
401 Broadway Avenue, Unit 104
Lorain, Ohio 44052-1745
Tel.: (440) 320-8652
Fax: (440) 244-3462
Email: ttheado@GNTLaw.com

***Attorneys for Plaintiffs Janet Whaley, Leslie Beidleman, Patricia K. Blockus, Charles Bork, Marilyn Gagne, Karl Mauger, Patricia Mauger, Beth Zaworski, Nancy Zink, Mary Alban, and Linda Derrick***

3

**GAINEY MCKENNA & EGLESTON**
Thomas J. McKenna, Esq.
440 Park Ave. South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383

*Attorneys for Plaintiffs Mary Alban and Linda Derrick*

4

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 29, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Mark P. Kindall*
Mark P. Kindall