### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### (WESTERN DIVISION)



FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 SEP 16 PM 2: 35

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN RE MERCY HEALTH ERISA LITIGATION

No.: 1:16-cv-00441-SJD-SKB

## NOTICE OF CLASS MEMBER OBJECTION
### YOU MUST FILE THIS OBJECTION WITH THE COURT

| | |
|---|---|
| Class Member Name: | Frances Lawrence now known as Frances E. Griffith |
| Address: | 2436 Port Charles Dr    Stow, OH   44224 |
| Telephone Number: | 330-414-7809 |

If you are represented by an attorney or attorneys, provide the name, address and telephone number of each attorney:

Reason for Objecting to the Proposed Settlement (you may attach additional pages if desired):

| | | | | |
|---|---|---|---|---|
| 1. | Do you, or your attorney, want to speak at the Fairness Hearing? | (circle one) | Yes | **No** |
| 2. | Do you intend to present any witnesses at the Fairness Hearing? | (circle one) | Yes | **No** |
| 3. | Do you want to submit documents to support your objection? | (circle one) | Yes | **No** |
| 4. | Have you previously objected to any class action settlement? | (circle one) | Yes | **No** |
| 5. | Has any attorney representing you provided legal assistance in preparing an objection to another class action settlement? | (circle one) | Yes | **No** |

*If you answered "yes" to questions 2-5, or one of them, please provide additional information as described on reverse side of this form.*

9/11/19
Date

Frances Lawrence
Signature
Frances E. Griffith

13

If you intend to call any witnesses in support of your objection, please state the name and address of each witness and provide a brief summary of his or her testimony (attach additional pages if necessary).

If you want the Court to consider any documents in support of your objection, please attach copies to your objection when you file it with the Court.

If you have previously filed an objection to another class action settlement, provide the name of the case, the court in which the case was filed, and the docket number (attach additional pages if necessary).

If any attorney representing your with respect to your objection provided legal assistance in preparing an objection to another class action settlement, provide the name of the case, the court in which the case was filed, and the docket number (attach additional pages if necessary).

14

USA FOREVER

CLEVELAND OH 440

12 SEP 2019 PM 2 1

Fran Griffith formerly Fran Lawrence
2436 Port Charles Dr.
Stow, OH 44224

Clerk of the Court
United States District Court
Southern District of Ohio
Potter Stewart U.S. Courthouse
100 East Fifth St.
Room 103
Cincinnati, OH 45202

45202-357569